JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. MALONE,<br><br>             Petitioner,<br><br>       v.<br><br>WARDEN, VICTORVILLE II,<br><br>             Respondent. | CASE NO. 5:22-cv-00171-JFW (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Habeas Petition, **IT IS ADJUDGED** that this action is dismissed for lack of jurisdiction.

DATED: February 7, 2022

_____
HON. JOHN F. WALTER
U.S. DISTRICT JUDGE